**Milton Yacht Club**
25 Wharf Street
P.O. Box 870114
Milton, MA 02187-0114



**Statement**

Date:     1/22/22

To:

**Joshua Martin**
**19 New England Ave.**
**Boston, MA 02124**

**ATTACHMENT A**

| | Amount Due | Amount Enc. |
|---|---|---|
| | **$513.00** | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 05/19/21 | Balance forward | | 178.00 |
| 06/01/21 | PMT #518 SRDay BAC. cash handed to Treas in yard | -180.00 | -2.00 |
| 09/23/21 | INV #6728. | 200.00 | 198.00 |
| | --- Fine for Violation $200.00 | | |
| 11/09/21 | INV #6748. | 315.00 | 513.00 |
| | --- Storage Fee-21 Ft Boat $315.00 | | |
| 01/22/22 | Amount Due | | 513.00 |

**Annual Invoices must be paid before or at the MYC meeting (3rd Wed. in April), otherwise a Late Penalty of $50 will be assessed. Any questions or disputed amounts should be addressed prior to the April meeting.**

| Phone #: | FAX #: | E-mail: | Web Site: |
|---|---|---|---|
| 617-571-4638 | | myc@miltonyachtclub.org | www.miltonyachtclub.org |

ATTACHMENT B

## Re: Statement from Milton Yacht Club

Spencer R Day <srdayg@gmail.com>

Mon 3/21/2022 7:07 PM

To: Joshua Martin <herculon_forestry@hotmail.com>

See the statement I just sent.
-Spencer

On Mon, Mar 21, 2022 at 6:33 PM Joshua Martin <herculon_forestry@hotmail.com> wrote:

Spencer,

I'm looking at the bill for the storage. The bill is $313, I gave you $300, I owe $13. I am not going to pay the fine that Rick issued. The reason is that I came to Rick 3 weeks before he issued the fine and I stated to him that the Celeste was on my mooring and it was listing to port. He was in the picnic area when I had the discussion with him about contacting the owner of the boat and having the boat moved off the mooring or fixing it.

He told me that he was going to take care of it. Gil witnessed that conversation. Time went on and he did not take care of it. The mooring broke and the camel was coming up and hitting the bottom of my boat. The Celeste, by listing to the side, compromised the mooring.

I moved my boat over to the dock and left it-- I didn't move it over to someone else's mooring, I moved it over to the dock as I should have. I left it for a week.

When I came down to move the boat on a Saturday, Eric and Ed Peters were fixing the Celeste because it was sinking. Brian Kass was standing next to me, Rick told me he was going to issue a fine because I was at the dock and I explained to him that the Celeste broke the mooring.

Brian stated at that point that the mooring was broken and that he fixed it. As you know, the fine was issued. The fine had no business being issued because Rick didn't do his job.

So, again, I'm not paying this fine.

Please share this with the executive board, if they would like to discuss the matter, I'm more than happy to.

Joshua

---

**From:** srdayg@gmail.com <srdayg@gmail.com>
**Sent:** Saturday, January 22, 2022 5:11 PM
**To:** herculon_forestry@hotmail.com <herculon_forestry@hotmail.com>
**Subject:** Statement from Milton Yacht Club

Dear Mr. Martin :

Your statement is attached.  Let me know of any questions you may have.

Please remit full or partial payment at your earliest convenience.  If your payment is already in process, you may simply ignore this message.

Thank you for your continued membership and support.

Sincerely,
Spencer R. Day

Treasurer
Milton Yacht Club

**ATTACHMENT B CONTINUED**

**Milton Yacht Club**
25 Wharf Street
P.O. Box 870114
Milton, MA 02187-0114

# Statement

Date:   3/21/22

**ATTACHMENT C**

To:

**Joshua Martin**
**19 New England Ave.**
**Boston, MA 02124**

| Amount Due | Amount Enc. |
|---|---|
| **$368.00** | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 05/19/21 | Balance forward | | 178.00 |
| 06/01/21 | PMT #518 SRDay BAC. cash handed to Treas in yard | -180.00 | -2.00 |
| 09/23/21 | INV #6728. | 200.00 | 198.00 |
| | --- Fine for Violation $200.00 | | |
| 11/09/21 | INV #6748. | 315.00 | 513.00 |
| | --- Storage Fee-21 Ft Boat $315.00 | | |
| 02/12/22 | INV #6801. | 155.00 | 668.00 |
| | --- Associate Annual Dues $150.00 | | |
| | --- M.B.Y.C.A.-3 $5.00 | | |
| 03/02/22 | PMT | -300.00 | 368.00 |
| 03/21/22 | Amount Due | | 368.00 |

**Annual Invoices must be paid before or at the MYC meeting (3rd Wed. in April), otherwise a Late Penalty of $50 will be assessed. Any questions or disputed amounts should be addressed prior to the April meeting.**

| Phone #: | FAX #: | E-mail: | Web Site: |
|---|---|---|---|
| 617-571-4638 | | myc@miltonyachtclub.org | www.miltonyachtclub.org |

## ATTACHMENT D

## Revocation of membership

William Coughlin <wcoughlin@dolanfuneral.com>
Fri 9/16/2022 2:25 PM
To: Herculon_Forestry@hotmail.com <Herculon_Forestry@hotmail.com>
Cc: myc@miltonyachtclub.org <myc@miltonyachtclub.org>

📎 1 attachments (13 KB)
Josh Letter.docx;

Please see attached and abide by the instructions.  There is no appeal or amount payable to reverse the decision.

William J. Coughlin, III
Funeral Director
Office: 617-298-8011
**Dolan Funeral Homes and Cremation Services**
[Dolanfuneral.com](Dolanfuneral.com)

**East Milton**
460 Granite Avenue
Milton, MA  02186
617-698-6264

**Dorchester Lower Mills**
1140 Washington Street
Dorchester, MA  02124
617-298-8011

**ATTACHMENT D CONTINUED**

Dear Josh,

Your probationary membership at the Milton Yacht Club is hereby revoked. Failure to adhere to the Constitution and By Laws by non payment of dues and storage fees are the reason.

Please remove your boat and all personal property off the club's premises the by the 30th of September.

Failure to do so will result in the Milton Police being notified of trespassing on club property.

Respectfully,

William J. Coughlin III

Commodore Milton Yacht Club

# VAWTER LAW, LLC

127 Eastern Avenue, Suite #1
Gloucester, MA 01930
(781) 400-1978 (o) / (781) 400-1979 (fax)
tbvawter@vawterlaw.com

October 7, 2022

William J. Coughlin, III, Commodore
Milton Yacht Club
25 Wharf Street
P.O. Box 870114
Milton, MA 02187-0114

RE:    Milton Yacht Club Membership regarding Joshua Martin

Dear Commodore:

Please be advised that Joshua Martin has retained my services in regards to the letter you sent to him regarding his membership at Milton Yacht Club. Mr. Martin disputes that you, as Commodore, and/or any other representative, agent, Executive Board and/or Committee involved in the decision to "revoke" his membership have complied with Milton Yacht Club's Constitution, By-Laws, and/or any other provisions that may be applicable.

It is hereby demanded that you provide the following documentation and/or information:

A. Milton Yacht Club's Constitution, whether amended or not, in effect from 2015 through the present.
B. Milton Yacht Club's By-Laws, whether amended or not, in effect from 2015 through the present.
C. All Rules and Regulations of Milton Yacht Club governing membership, including without limitation membership applications, "probationary membership", and full membership, whether amended or not, in effect from 2015 through the present.
D. All Rules and Regulations of Milton Yacht Club governing membership discipline, membership termination, membership revocation, whether amended or not, in effect from 2015 through the present.
E. All minutes of Milton Yacht Club meetings from 2015 through the present.
F. All minutes of Milton Yacht Club Executive Board from 2015 through the present.
G. All minutes of Milton Yacht Club hearings regarding any membership revocations and/or termination from 2015 through the present.
H. All Rules and Regulations of Milton Yacht Club governing the issuance of "fines" to club members.

I.  All fines issued and/or levied by Milton Yacht Club to any of its members, whether a probationary member or a full member, regarding docking of a boat/vessel at the dock used by Milton Yacht Club for the years 2022, 2021, 2020, and/or 2019.

J.  Evidence of the revocation/waiving of any fines issued by Milton Yacht Club to any of its members regarding the docking of a boat/vessel at the dock used by Milton Yacht Club for the years 2022, 2021, 2020, and/or 2019.

K.  A copy of all documentation of any investigation conducted by Milton Yacht Club into the facts and circumstances surrounding the issuance of the "fine" to Mr. Martin, and the facts and circumstances surrounding his use of the waterfront dock.

L.  A copy of the agreement between the Town of Milton and the Milton Yacht Club in which the Town of Milton authorizes and/or permits the Milton Yacht Club to issue "fines" against its membership.

M.  A copy of the lease between the Town of Milton and the Milton Yacht Club for use of the club house in effect from 2015 through the present.

N.  A copy of the lease between the Town of Milton and the Milton Yacht Club for use of the waterfront dock in effect from 2015 through the present.

O.  A copy of the lease between the Town of Milton and the Milton Yacht Club for use of the Parcel 41.

P.  A full account history for Mr. Martin as a member with the Milton Yacht Club.

It is hereby demanded that you reinstate Joshua Martin's membership forthwith, and that it not be further revoked until there can be a full disciplinary hearing before the Executive Board and/or any other Committee that is responsible for addressing membership issues.

Should you fail to provide my office with the requested documents within 10 days, my client may authorize me to pursue further actions to vindicate his rights.

Very truly yours,

Thomas B. Vawter

TBV/tbv

2