

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET For CASE #: 1:23-cv-10680-WGY

Martin v. Milton Yacht Club  
Assigned to: Judge William G. Young  
Cause: 28:1331 Federal Question: Other Civil Rights

Date Filed: 03/29/2023  
Jury Demand: Plaintiff  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Federal Question

**Plaintiff**  
**Joshua Martin**      represented by  **Joshua Martin**  
50 Hereford Street  
Boston, MA 02115  
(508) 663-7902  
PRO SE

V.  
**Defendant**  
**Milton Yacht Club**

### Notice of Addendum

I, Joshua Martin, am making a correction (addendum) to the above mentioned civil case by re-submitting page 4 of 5.

Note this addendum was filed before the defendant was served.

*Joshua Martin* (signature)

Joshua Martin  
50 Hereford Street  
Boston, MA 02115

b. If the defendant is a corporation
The defendant, (name) **MILTON YACHT CLUB**, is incorporated under the laws of the State of (name) **MA.**, and has its principal place of business in the State of (name) **25 WHARF STREET**
Or is incorporated under the laws of (foreign nation) **MILTON MA 02187**
and has its principal place of business in (name)

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**DISCRIMINATION**

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

**COURT COST**

**ATTORNEY FEE**

**PUNITIVE MONEY DAMAGES**
**PUNITIVE DAMAGES**

Page 4 of 5