UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 23-10680

|  |  |
|---|---|
| JOSHUA MARTIN, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MILTON YACHT CLUB | ) |
| Defendant. | ) |

## DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

The Plaintiff's Complaint opens with an introductory paragraph that contains conclusions of law, which the Defendant disputes, but in response to which no responsive pleading is required. To the extent that this paragraph contains factual allegations against the Defendant, those allegations are denied.

Defendant responds to the individually numbered paragraphs in the Complaint as follows:

1. Defendant admits that Joshua Martin tied his boat to the main float at Milton Yacht Club but denies all other allegations set forth in this paragraph.

2. Defendant admits that Rick approached Joshua Martin but denies the remaining allegations in this paragraph.

3. Defendant admits that Rick informed Joshua Martin that he was going to be fined but denies the remaining allegations in this paragraph.

4(a)(i). Defendant admits the allegations set forth in this paragraph.

4(a)(ii). Defendant admits the allegations set forth in this paragraph.

4(a)(iii). Defendant admits the allegations set forth in this paragraph.

4(a)(iv). Defendant admits that Martin spoke with members of the Executive Board. Defendant denies all other allegations set forth in this paragraph.

4(a)(v). Defendant admits the allegations set forth in this paragraph.

4(a)(vi). Defendant admits the allegations set forth in this paragraph.

4(a)(vii). Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

5. Defendant denies the allegations set forth in Paragraph 5.

## AFFIRMATIVE AND OTHER DEFENSES

Defendant hereby asserts the following affirmative and other defenses, but in so doing, does not undertake the burden of proof as to any element of any claim or defense not otherwise required by law.

## FIRST AFFIRMATIVE DEFENSE

Plaintiff's Complaint, and each cause of action therein, fails to state a claim upon which relief can be granted and should be dismissed pursuant to F.R.C.P. 12(b)(6).

## SECOND AFFIRMATIVE DEFENSE

Plaintiff's Complaint is barred, in whole or part, because this Court does not have subject-matter jurisdiction over the claim because the case does not involve a federal question and the parties are not diverse in citizenship.

## THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, because Defendant's actions were at all times proper, lawful, reasonable, and in conformity with all applicable federal and state statutory, regulatory, and decisional law.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiff's Complaint is barred in whole or part because any damages suffered by Plaintiff were caused by Plaintiff's own acts, omissions, and course of culpable conduct.

### FIFTH AFFIRMATIVE DEFENSE

Defendant reserves the right to amend this answer, including without limitation, to add such affirmative defenses as warranted by additional investigation and discovery in this case.

### JURY DEMAND

The Defendant demands a trial by jury on all issues allowed to be tried by a jury.

### RESERVATION OF RIGHTS

Defendant reserves the right to amend this answer, including without limitation, to add such affirmative defenses as warranted by additional investigation and discovery in this case.

WHEREFORE, Defendant requests that:

1. Plaintiff's Complaint be dismissed with prejudice.

2. Defendant be awarded costs and fees.

3. Defendant be granted such other and further relief as the Court deems appropriate.

> Respectfully submitted,
> MILTON YACHT CLUB,
> By Attorney,
>
> _/s John McK. Pavlos_
> John McK. Pavlos (BBO #641113)
> LAW OFFICE OF JOHN PAVLOS
> 9 Canton Street
> Randolph, MA 02368
> (508) 930-6465
> attorneypavlos@gmail.com

### CERTIFICATE OF SERVICE

I hereby certify that I sent the foregoing document to plaintiff by first-class mail on August 14, 2023 to:

> Joshua Martin
> 50 Hereford Street
> Boston, MA 02115
>
> _/s John McK. Pavlos_
> JOHN MCK. PAVLOS ESQ.