UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSHUA MARTIN
PLAINTIFF

CIVIL ACTION CASE NO.
1:23-CV-10680-WGY

MILTON YACHT CLUB
DEFENDANT

## PLAINTIFF MOTION TO REBUTTAL DEFENDANT'S MOTION TO EXTEND TIME TO ANSWER COMPLAINT

Here comes the plaintiff in the above matter to ask the honorable court to deny any extension of time to file an answer, and the following reasons are:

1. The defendant states in his motion that this civil action is instant meaning a very short space of time or a short window. Milton Yacht Club knew that I, Joshua Martin, the plaintiff was taking a legal approach when my lawyer sent a letter for documentation and/or information. See attachment E, which was included in the original complaint.
**Note: The Yacht Club never furnished any of the information requested.**

2. The defendant, Milton Yacht Club, states it was served on June 21, 2023. 21 days passed on July 13, 2023. Counsel for defendant was retained July 24, 2023.

*The question is what happened between 10/7/22 through 7/24/23?* In October, the defendant received the first letter from the plaintiff's lawyer. The defendant had to talk about the plaintiff's complaint. The yacht club has members that make up the body of the club, including an executive board that runs the operations of the club and meets regularly. The defendant had 10 months to address the plaintiff's complaint. The defendant should not be afforded a courtesy of any more time.

Joshua Martin
50 Hereford Street
Boston, MA 02115
C: (508) 663-7902

## CERTIFICATE OF SERVICE

I, Joshua Martin, plaintiff in the above-mentioned matter, hereby certify that today I served the foregoing document on the defendant herein by causing a copy to be sent via first-class mail:

John McK. Pavlos
9 Canton Street
Randolph, MA 02368

Dated: August 17, 2023

Joshua Martin

*/s/ Joshua Martin*