UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 23-10680

| | |
|---|---|
| JOSHUA MARTIN, )<br>   Plaintiff, )<br>)<br>v. )<br>)<br>MILTON YACHT CLUB )<br>   Defendant. )<br>) | |

### STATUS REPORT OF THE PARTIES CONCERNING MEDIATION

 The parties have conferred and agree on the following dates for mediation: January 18, 2024 and January 22, 2024.

                Respectfully submitted,
                MILTON YACHT CLUB,
                By Its attorney,

                 */s John McK. Pavlos*
                John McK. Pavlos (BBO #641113)
                LAW OFFICE OF JOHN PAVLOS
                9 Canton Street
                Randolph, MA 02368
                [M]: (508) 930-6465
                attorneypavlos@gmail.com

Dated: November 28, 2023

1

## CERTIFICATE OF SERVICE

    I hereby certify that I sent the foregoing document to plaintiff via email on November 28, 2023 to:

Joshua Martin
50 Hereford Street
Boston, MA 02115
Email: herculon_forestry@hotmail.com

                                             */s John McK. Pavlos*
                                           JOHN MCK. PAVLOS, ESQ.