UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSHUA MARTIN
PLAINTIFF

CIVIL ACTION CASE NO.
1:23-CV-10680-WGY

MILTON YACHT CLUB
DEFENDANT

## PLAINTIFF MOTION TO ASK THE HONORABLE COURT TO ORDER THE DEFENDANT TO PROVIDE THE PREVIOUSLY FILED AND REQUESTED DISCOVERY IN ITS ENTIRETY

Here comes the plaintiff in the above matter to ask the honorable court to order the defendant to provide the previously filed and requested discovery items in its entirety.

The following reasons are:

1. The defendant is not abiding by Rule 26 governing discovery

2. Civil procedure Rule 26: General Provisions Governing Discovery states:
   Parties may obtain discovery regarding any matter, not privileged, which is relevant to the subject matter involved in the pending action, whether it relates to the claim or defense of the party seeking discovery or to the claim or defense of any other party, including the existence, description, nature, custody, condition and location of any books, documents, or other tangible things and the identity and location of persons having knowledge of any discoverable matter. It is not ground for objection that the information sought will be inadmissible at the trail if the information sought appears reasonably calculated to lead to the discovery of admissible evidence.

3. Request for discovery was filed on November 15, 2023 and sent to the defendant the same day. (Exhibit A) This request did not receive a response.

4. In addition, the discovery items were requested on October 7, 2022 in the form of a letter from my attorney addressed directly to the Milton Yacht Club Commodore, William J. Coughlin, III. (Exhibit B) This request did not receive a response.

5. On September 21, 2023 both parties were in court for a trail schedule hearing and I, Joshua Martin, had a verbal conversation with John Pavlos, attorney for the Milton Yacht Club in which I explained the letter that was sent out on October 7, 2022 requesting discovery.

6. Through documentation and verbal conversation the Milton Yacht Club has known about these requests for over a year and have not complied.