(EXHIBIT A)

## REQUEST FOR DISCOVERY

November 15, 2023

CIVIL ACTION CASE
NO.1:23-CV-10680-WGY

John McK. Pavlos
9 Canton Street
Randolph, MA 02368

It is hereby demanded that you provide the following documentation and/or information within 10 days:

1. Milton Yacht Club's Constitution, whether amended or not, in effect from 2015 through the present.
2. Milton Yacht Club's By-Laws, whether amended or not, in effect from 2015 through the present.
3. All Rules and Regulations of Milton Yacht Club governing membership, including without limitation membership applications, "probationary membership", and full membership, whether amended or not, in effect from 2015 through the present.
4. All Rules and Regulations of Milton Yacht Club governing membership discipline, membership termination, membership revocation, whether amended or not, in effect
5. All minutes of Milton Yacht Club meetings from 2015 through the present.
6. All minutes of Milton Yacht Club Executive Board from 2015 through the present.
7. All minutes of Milton Yacht Club hearings regarding any membership revocations and/or termination from 2015 through the present.
8. All Rules and Regulations of Milton Yacht Club governing the issuance of "fines" to club members.
9. All fines issued and/or levied by Milton Yacht Club to any of its members, whether a probationary member or a full member, regarding docking of a boat/vessel at the dock used by Milton Yacht Club for the years 2022, 2021, 2020, and/or 2019.
10. Evidence of the revocation/waiving of any fines issued by Milton Yacht Club to any of its members regarding the docking of a boat/vessel at the dock used by Milton Yacht Club for the years 2022, 2021, 2020, and/or 2019.
11. A copy of all documentation of any investigation conducted by Milton Yacht Club into the facts and circumstances surrounding the issuance of the "fine" to Mr. Martin, and the facts and circumstances surrounding his use of the waterfront dock.
12. A copy of the agreement between the Town of Milton and the Milton Yacht Club in which the Town of Milton authorizes and/or permits the Milton Yacht Club to issue "fines" against its membership.
13. A copy of the lease between the Town of Milton and the Milton Yacht Club for use of the club house in effect from 2015 through the present.

14. A copy of the lease between the Town of Milton and the Milton Yacht Club for use of the waterfront dock in effect from 2015 through the present.
15. A copy of the lease between the Town of Milton and the Milton Yacht Club for use of the Parcel 41.
16. A full account history for Mr. Martin as a member with the Milton Yacht Club.
17. The Milton Yacht Club's full financial accounting history from 2015 through the present.

Should you fail to provide me with the requested documents within 10 days, I will file a motion demanding discovery.

Sincerely,

*Joshua Martin*
Joshua Martin