# VAWTER LAW, LLC   (EXHIBIT B)
127 Eastern Avenue, Suite #1
Gloucester, MA 01930
(781) 400-1978 (o) / (781) 400-1979 (fax)
tbvawter@vawterlaw.com

October 7, 2022

William J. Coughlin, III, Commodore
Milton Yacht Club
25 Wharf Street
P.O. Box 870114
Milton, MA 02187-0114

RE:   Milton Yacht Club Membership regarding Joshua Martin

Dear Commodore:

Please be advised that Joshua Martin has retained my services in regards to the letter you sent to him regarding his membership at Milton Yacht Club. Mr. Martin disputes that you, as Commodore, and/or any other representative, agent, Executive Board and/or Committee involved in the decision to "revoke" his membership have complied with Milton Yacht Club's Constitution, By-Laws, and/or any other provisions that may be applicable.

It is hereby demanded that you provide the following documentation and/or information:

A. Milton Yacht Club's Constitution, whether amended or not, in effect from 2015 through the present.
B. Milton Yacht Club's By-Laws, whether amended or not, in effect from 2015 through the present.
C. All Rules and Regulations of Milton Yacht Club governing membership, including without limitation membership applications, "probationary membership", and full membership, whether amended or not, in effect from 2015 through the present.
D. All Rules and Regulations of Milton Yacht Club governing membership discipline, membership termination, membership revocation, whether amended or not, in effect from 2015 through the present.
E. All minutes of Milton Yacht Club meetings from 2015 through the present.
F. All minutes of Milton Yacht Club Executive Board from 2015 through the present.
G. All minutes of Milton Yacht Club hearings regarding any membership revocations and/or termination from 2015 through the present.
H. All Rules and Regulations of Milton Yacht Club governing the issuance of "fines" to club members.

I. All fines issued and/or levied by Milton Yacht Club to any of its members, whether a probationary member or a full member, regarding docking of a boat/vessel at the dock used by Milton Yacht Club for the years 2022, 2021, 2020, and/or 2019.
J. Evidence of the revocation/waiving of any fines issued by Milton Yacht Club to any of its members regarding the docking of a boat/vessel at the dock used by Milton Yacht Club for the years 2022, 2021, 2020, and/or 2019.
K. A copy of all documentation of any investigation conducted by Milton Yacht Club into the facts and circumstances surrounding the issuance of the "fine" to Mr. Martin, and the facts and circumstances surrounding his use of the waterfront dock.
L. A copy of the agreement between the Town of Milton and the Milton Yacht Club in which the Town of Milton authorizes and/or permits the Milton Yacht Club to issue "fines" against its membership.
M. A copy of the lease between the Town of Milton and the Milton Yacht Club for use of the club house in effect from 2015 through the present.
N. A copy of the lease between the Town of Milton and the Milton Yacht Club for use of the waterfront dock in effect from 2015 through the present.
O. A copy of the lease between the Town of Milton and the Milton Yacht Club for use of the Parcel 41.
P. A full account history for Mr. Martin as a member with the Milton Yacht Club.

It is hereby demanded that you reinstate Joshua Martin's membership forthwith, and that it not be further revoked until there can be a full disciplinary hearing before the Executive Board and/or any other Committee that is responsible for addressing membership issues.

Should you fail to provide my office with the requested documents within 10 days, my client may authorize me to pursue further actions to vindicate his rights.

Very truly yours,

*[signature]*

Thomas B. Vawter

TBV/tbv

CIVIL ACTION CASE NO. 1:23-CV-10680-WGY

## REQUEST FOR ORAL ARGUMENT

Here comes the plaintiff to ask the honorable court to grant my request for oral argument on the matter of: MOTION TO ASK THE HONORABLE COURT TO ORDER THE DEFENDANT TO PROVIDE THE PREVIOUSLY FILED AND REQUESTED DISCOVERY IT ITS ENTIRETY

On December 26, 2023 or the next available date

Thank you

*Joshua Martin*
Joshua Martin

| | |
|---|---|
| Joshua Martin<br>50 Hereford Street<br>Boston, MA 02115<br>C: (508) 663-7902 | CIVIL ACTION<br>CASE NO. 1:23-CV-10680-WGY |

## CERTIFICATE OF SERVICE

I, Joshua Martin, plaintiff in the above-mentioned matter, hereby certify that today I served the foregoing document "PLAINTIFF MOTION TO ASK THE HONORABLE COURT TO ORDER THE DEFENDANT TO PROVIDE THE PREVIOUSLY FILED AND REQUESTED DISCOVERY IN ITS ENTIRETY" and "REQUEST FOR ORAL ARGUMENT" on the defendant herein by causing a copy to be sent via first-class mail.

John McK. Pavlos
9 Canton Street
Randolph, MA 02368

Dated: December 19, 2023

*Joshua Martin*

Joshua Martin