UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 23-10680

JOSHUA MARTIN,
    Plaintiff

V.

MILTON YACHT CLUB,
    Defendant

## PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS COMPLAINT

Plaintiff, Joshua Martin, hereby submits its opposition to Defendant's Motion to Dismiss Complaint. This court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1331 which provides district courts with jurisdiction over civil actions arising under the United States Constitutions or laws of the United States.

Furthermore, the Plaintiff's complaint meets the standards required by the Federal Rule of Civil Procedure 8(a) and sufficiently alleges the facts that support his claim of discrimination. Accordingly, the Defendant's motion should be denied.

## ARGUMENT

### I. THIS COURT HAS SUBJECT MATTER JURISDICTION TO HEAR PLAINTIFF'S CLAIM AND THEREFORE, DEFENDANT'S MOTION TO DISMISS SHOULD BE DENIED.

Defendant's claim that the court does not have subject matter jurisdiction over the Plaintiff's claim of discrimination. This court has subject matter jurisdiction over this matter pursuant to 8

U.S.C. § 1331 which provides district courts with jurisdiction over civil actions arising under the United States Constitutions or laws of the United States.

The federal issue is one of discrimination which is prohibited in Title VI of the Civil Rights Act of 1964 42 U.S. Code § 2000d, and states "No person in the United States shall, on the ground of race, color, or national origin, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any program or activity receiving federal financial assistance.

The Milton Yacht Club is exempt from federal income tax under IRC 501(a) as a 501(c)(7) organization. 42 U.S. Code § 2000d prohibits racial discrimination by government or private organizations that receive federal financial assistance.

## II. PLAINTIFF SUFFICIENTLY ALLEGES THE FACTS THAT SUPPORT HIS CLAIM OF DISCRIMINATION AND THEREFORE, THE DEFENDANT'S MOTION TO DISMISS SHOULD BE DENIED.

Defendant's claim that the "Plaintiff offered no basis in his Complaint as to why he claims Defendant discriminated against him". The Federal Rule of Civil Procedure 8(a)(2), states "a short and plain statement of the claim showing that the pleader is entitled to relief" is required to make a claim. The Plaintiff, Joshua Martin, is a Black man in a historically and predominantly White yacht club. The Plaintiff gave a clear account of events that detail how his property was mistreated, how he was fined unfairly and how his concerns were not addressed by the governing body of the Milton Yacht Club. The Plaintiff is a Black man and received punitive action disproportionately to that of his White peers.

By fining Joshua Martin, disregarding his questions and concerns and subsequently revoking his membership, the Milton Yacht Club has acted unfairly and inequitably and has deprived him of his rights stated in the Title VI of the Civil Rights Act of 1964 42 U.S. Code § 2000d which state, "No person in the United States shall, on the ground of race, color, or national origin, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any program or activity receiving federal financial assistance."

## CERTIFICATE OF SERVICE

I, Joshua Martin, hereby certify that I sent the foregoing document to the Defendant via certified mail on January 5, 2024 to:

><br>John McK. Pavlos<br>Law Office of John Pavlos<br>9 Canton Street<br>Randolph, MA 02368<br>(508) 930-6465

*/s/ Joshua Martin*
Joshua Martin