UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARTIN | |
| Plaintiff | |
| | CIVIL ACTION |
| V. | |
| | NO. 1:20-12206-WGY |
| MILTON YACHT CLUB | |
| Defendant | |

ORDER OF DISMISSAL

YOUNG, DJ ,

In accordance with the Court's Order on January 23, 2024 , it is hereby ORDERED that the above-entitled action be and hereby is dismissed with prejudice.

By the Court,

February 2, 2024           /s/ Jennifer Gaudet
Date           Deputy Clerk