UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Joshua Martin,
Plaintiff

V.

CIVIL ACTION CASE NO.
1:23-CV-10680-WGY

Milton Yacht Club,
Defendant

## MOTION TO RESCIND AND VACATE ORDER TO DISMISS AND SCHEDULE A NEW TRIAL DATE

I, Joshua Martin, the plaintiff, hereby respectfully ask the court to rescind and vacate the order to dismiss. The reason is, I tested positive for COVID-19 on Sunday, January 21, 2024, two days before the trail date. As such, I am prohibited from entering a courthouse for five days. See https://www.mass.gov/info-details/what-to-know-before-going-to-a-courthouse-during-covid-19. According to the Commonwealth of Massachusetts COVID-19 Isolation and Exposure Guidance for the General Public, an individual testing positive for COVID-19 is required to self-isolate for at least the first 5 days. See https://www.mass.gov/info-details/covid-19-isolation-and-exposure-guidance-for-the-general-public. In addition to other severe symptoms, I suffered from debilitating fatigue and was unable to notify the court.

It is respectfully requested that this matter be scheduled for a virtual status conference for purposes of establishing a new trial date. I am looking at the first week in April.

Joshua Martin
50 Hereford St
Boston, MA 02115
C: (508)663-7902

## **CERTIFICATE OF SERVICE**

I, Joshua Martin, Plaintiff in the above-mentioned matter, hereby certify that today I served the

**MOTION TO RESCIND AND VACATE ORDER TO DISMISS AND SCHEDULE A NEW TRIAL**

**DATE** on the Defendant by causing a copy to be sent via first-class mail:

John McK. Pavlos
9 Canton Street
Randolph, MA 02368

Dated: February 5, 2024

_____
Joshua Martin